**Order entered July 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00476-CV

### EX PARTE: RAYMOND TERRELL RADWAY

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-12-1244**

# ORDER

We **GRANT** appellant's July 17, 2013 motion for an extension of time to file a brief.

Appellant shall file a brief on or before August 21, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE